**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTINA VELASCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00319-MTS |
| | ) | |
| FRANK J. BISIGNANO, *Commissioner* | ) | |
| *of the Social Security Administration*, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2]. Because Plaintiff is represented by counsel, the Application should have been signed by Plaintiff's counsel or, at the very least, submitted as an exhibit to a motion signed by Plaintiff's counsel. Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name." *See also O'Brien v. Alexander*, 101 F.3d 1479, 1488 (2d Cir. 1996) ("*Every paper* submitted to the district court on behalf of a represented party must be signed by an attorney of record." (emphasis added)); *Ford Motor Co. v. Summit Motor Prods., Inc.*, 930 F.2d 277, 289 n.15 (3d Cir. 1991) (joined by Alito, J.) (similar). The Court therefore will require Plaintiff to refile her application consistent with Rule 11(a). *Cf. Koeller v. Cyflare Sec. Inc.*, 4:25-cv-0410-MTS, ECF No. 27 (E.D. Mo. July 22, 2025); *M&T Equip. Fin. Corp. v. Fischer Grading LLC*, 4:24-cv-1379-MTS, ECF No. 48 (E.D. Mo. Apr. 25, 2025).

In addition to this issue, Plaintiff's Application appears to contain discrepancies with statements Plaintiff made in recent filings to the bankruptcy court of this District. *See In re: Christina Ann Velasco*, 4:25-bk-42121 (Bankr. E.D. Mo.).   There may be perfectly innocent explanations for these discrepancies.   But to be sure, the Court will require Plaintiff to complete the long form version of the application to proceed in district court without prepaying fees or costs (Form AO 239).[*]   Plaintiff shall complete the form fully and carefully, remembering that the statements she makes in it are made under penalty of perjury.   Of course, in the alternative, Plaintiff may pay the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **DENIED** without prejudice.   No later than **Wednesday**, **March 25, 2026**, Plaintiff shall either pay the filing fee in full or seek to proceed without prepayment of fees consistent with this Memorandum and Order. Failure to do so may result in the dismissal of this action without prejudice and without further notice.

Dated this 6th day of March 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[*] The long form application to proceed in district court without prepaying fees or costs is available from the website of the Administrative Office of the U.S. Courts at https://www.uscourts.gov/file/446/download.